**Asa COLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51188.**

Missouri Court of Appeals, Western District.

Jan. 23, 1996.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

The judgement is affirmed. Rule 84.16(b).